# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RODRIGO ALVAREZ-RODRIGUEZ(1),<br><br>    Defendant. | CASE NO. 12cr2916-BTM<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 12CR3602-BTM against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a) and (b) - Attempted Reentry of Removed Alien

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 11/15/2012

*Barbara L. Major*
Barbara L. Major
U.S. Magistrate Judge